# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com


RECEIVED
NOV 14 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

November 14, 2007

VIA FACSIMILE—212.805.7917

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

Re: *Colon v. Graf Repetti & Co., LLP, et al.*
Civ. No. 07-9572 (RPP)

Dear Judge Patterson:

This firm has recently been retained to represent the defendant, Graf Repetti & Co., LLP, in the above-referenced matter. We write to request the Court's approval of an extension of our client's time to respond, originally returnable on November 15, 2007, up to and including **December 15, 2007**.

Please note that this request is being made upon consent of plaintiff's counsel. Further, as this is the first request for an extension, we respectfully request that the Court approve this application.

We appreciate the Court's attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Susan K. Slim

November 14, 2007
SO ORDERED:
_____
Hon. Robert P. Patterson, USDJ

MEMO ENDORSED

3043418.1

Page 2

cc:    (via fax)

　　　　Roy A. McKenzie, Esq.
　　　　641 Lexington Avenue, 20th Floor
　　　　New York, NY 10022
　　　　(212) 832-3696
　　　　Fax: (212) 371-6632
　　　　Email: ramck@mindspring.com

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3043418.1