AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern       DISTRICT OF       New York

**APPEARANCE**

Case Number: 1:07-cv-09572-RPP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Graf Repetti & Co.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/15/2007 | _[signature]_ |
| Date | Signature |
| | David S. Sheiffer — ds4198 |
| | Print Name — Bar Number |
| | 150 East 42nd Street, 20th Floor |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 490-3000 — (212) 490-3038 |
| | Phone Number — Fax Number |