AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                                DISTRICT OF                                New York

**APPEARANCE**

Case Number: 1:07-cv-09572-RPP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Graf Repetti & Co.

I certify that I am admitted to practice in this court.

| 11/15/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Susan K. Slim | ss3785 |
|---|---|
| Print Name | Bar Number |

150 East 42nd Street, 20th Floor
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 490-3000 | (212) 490-3038 |
|---|---|
| Phone Number | Fax Number |