# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

RECEIVED
DEC 13 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

December 13, 2007

**VIA FACSIMILE—212.805.7917**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

> Re:   *Colon v. Graf Repetti & Co., LLP, et al.*
> Civ. No. 07-9572 (RPP)

Dear Judge Patterson:

As you may recall, this firm represents the defendants in the above-referenced matter. We write to request the Court's approval of an extension of our clients' time to respond, originally returnable on November 15, 2007, up to and including **December 17, 2007.**

We have attached, for your review, the original Court Order granting an extension of time to respond to plaintiff's Complaint, up to and including *December 15, 2007*. However, in seeking the extension, we inadvertently overlooked the fact that December 15, 2007 is a Saturday, and now seek confirmation, by way of Court Order, that the due date for the response is the first business day thereafter.

Please note that this request is being made upon consent of our adversaries. For the above reasons, we respectfully request that the Court approve this application.

We appreciate the Court's attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Susan K. Slim

12/13/07

SO ORDERED:

Hon. Robert P. Patterson, USDJ

MEMO ENDORSED

3069552.1

Hon. Robert P. Patterson
December 13, 2007
Page 2


Encl.

cc:    (via facsimile *only*)

Roy A. McKenzie, Esq.
641 Lexington Avenue, 20th Floor
New York, NY 10022
(212) 832-3696
Fax: (212) 371-6632
Email: ramck@mindspring.com

John T.A. Rosenthal, Esq.
81 Main Street—Suite 215
White Plains, New York 10601
(914) 686-4800
Fax: (914) 686-4824
Email: JRosenthal@homlegal.com

# ATTACHMENT

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • McLean • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com



November 14, 2007

VIA FACSIMILE—212.805.7917

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

Re:    *Colon v. Graf Repetti & Co., LLP, et al.*
       Civ. No. 07-9572 (RPP)

Dear Judge Patterson:

This firm has recently been retained to represent the defendant, Graf Repetti & Co., LLP, in the above-referenced matter. We write to request the Court's approval of an extension of our client's time to respond, originally returnable on November 15, 2007, up to and including December 15, 2007.

Please note that this request is being made upon consent of plaintiff's counsel. Further, as this is the first request for an extension, we respectfully request that the Court approve this application.

We appreciate the Court's attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Susan K. Slim

November 14, 2007
SO ORDERED:

Hon. Robert P. Patterson, USDJ

**MEMO ENDORSED**

3043418.1

Page 2

cc:    (via fax)

       Roy A. McKenzie, Esq.
       641 Lexington Avenue, 20th Floor
       New York, NY 10022
       (212) 832-3696
       Fax: (212) 371-6632
       Email: ramck@mindspring.com