**MEMO ENDORSED**

ROY A. MCKENZIE
Attorney at Law
641 Lexington Avenue, 20th floor
New York, New York 10022
(212) 832-3696
(212) 371-6632-fax

RECEIVED
DEC 13 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

December 13, 2007

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

*by fax:*   **805-7917**

re:   Colon v. Graf Repetti, Civ. No. 007-9572 (RPP)

Dear Judge Patterson:

I am writing in response to the letter sent to you today by Wilson Elser. There are two defendants in this action, Graf Repetti & Co., LLP and Family Office Group, LLC. Answers originally were due by November 15, 2007.

Wilson Elser on November 14, 2007 sent you a letter representing that they only represented Graf Repetti, and obtained your permission to extend the time for Graf Repetti to answer. Your order, a copy of which is attached, referred to Graf Repetti only, and not to Family Office Group. Wilson Elser then registered an appearance on behalf of Graf Repetti only.

Any extension of time to answer should refer to Graf Repetti only, and not to Family Office Group. Family Office Group has not yet appeared in this action, and is in default.

Very truly yours,

Roy A. McKenzie

Duly noted
Robert P Patterson
USD J
12/13/07

cc.:   Susan K. Slim
       *by fax:* **490-3038**

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639  Tel: (212) 490-3000  Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com


RECEIVED
NOV 14 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

November 14, 2007

VIA FACSIMILE—212.805.7917

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07
```

Re:  *Colon v. Graf Repetti & Co., LLP, et al.*
     Civ. No. 07-9572 (RPP)

Dear Judge Patterson:

This firm has recently been retained to represent the defendant, Graf Repetti & Co., LLP, in the above-referenced matter. We write to request the Court's approval of an extension of our client's time to respond, originally returnable on November 15, 2007, up to and including December 15, 2007.

Please note that this request is being made upon consent of plaintiff's counsel. Further, as this is the first request for an extension, we respectfully request that the Court approve this application.

We appreciate the Court's attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Susan K. Slim

**MEMO ENDORSED**

SO ORDERED: November 14, 2007
Hon. Robert P. Patterson, USDJ

3043418.1

12/13/2007 11:56 FAX    ROY_MCKENZIE_ESQ.    ☒003/003
DEC. 13. 2007 10:42AM
Case 1:07-cv-09572-RPP    Document 6    Filed 12/13/2007    Page 4 of 3    6/6

NOV. 14. 2007 11:47AM    NO. 6263    P. 3

Page 2

cc:     (via fax)

Roy A. McKenzie, Esq.
641 Lexington Avenue, 20th Floor
New York, NY 10022
(212) 832-3696
Fax: (212) 371-6632
Email: ramck@mindspring.com

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3043418.1