# Exhibit "B"

GRAF REPETTI & CO., LLP
FAMILY OFFICE GROUP, LLC

## Personal Action Form

*submits timesheets / hrly rate* (handwritten annotation)

**Employee:** Paola Colon

**Action to be taken/Terms:** Paola will work approximately 2 to 2 ½ days per week while out on maternity leave. Paola will report in her hours and be paid an hourly rate of $24.36 (based on her annual salary). The total hours worked will be calculated at the end of the maturity leave to determine appropriate time accruals of vacation/sick/personal/floating. Only hours worked will count toward accumulation of time off. A maximum of 12 weeks off will be given for maternity leave.

**Effective Date:** 9/25/2006 – 12/15/2006

**Justification:** Paola works with several clients that require special attention and that request only Paola work on there items. These clients include: Francois Nars, Global Creative, Anna Smith, Hickey, Link and Amari. In addition, Daisy and Ron may need Paola to type and contact P&E partners and board members.

Approval: _____[signature]_____          _6/14/06_
          Managing Partner                  Date