# Exhibit "I"

EEOC# 520-2007-02244

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

PAOLA B. COLON,

                Complaining Party,

-against-

GRAF REPETTI & CO., LLP and
FAMILY OFFICE GROUP, LLC,

                Respondent Employers.

1. **Complaining Party**

   Paola B. Colon
   c/o Roy A. McKenzie, Esq.
   641 Lexington Avenue, 20th floor
   New York, New York 10022
   (212) 832-3696

2. **Respondent Employers**

   Graf Repetti & Co., LLP
   1114 Avenue of the Americas
   New York, New York 10036
   (212) 302-3300
   Number of employees: 68

   Family Office Group, LLC
   1114 Avenue of the Americas
   New York, New York 10036
   (212) 302-3300

3. **Alleged Violation**

   On or about October 11, 2006, I was ordered to come into work even though I was nurturing my one-month old baby. I refused, and the Respondents fired me under a pretext on or about November 15, 2006.

Rahway, New Jersey
March 16, 2007

                                    Paola B. Colon