EXHIBIT "O"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
----------------------------------------------------------X
PETER GRAF, NANCY KUNAK and
FAMILY OFFICE GROUP, LLC

Index No.: 23329/06

Plaintiffs,

**ORDER WITH
NOTICE OF ENTRY**

- against -

PAOLA B. COLON,

Defendant.
----------------------------------------------------------X

COUNSELLORS·

**PLEASE TAKE NOTICE**, that the within is a true copy of an Order duly filed and entered on September 26, 2007, in the Office of the Westchester County Clerk.

Dated: White Plains, New York
October 12, 2007

HARRINGTON, OCKO & MONK, LLP

By: _____
John T.A. Rosenthal
*Attorneys for Plaintiffs*
81 Main Street, Suite 215
White Plains, NY 10601
(914) 686-4800

To:   Roy A. McKenzie, Esq.
      *Attorney for Defendant*
      641 Lexington Avenue, 20th Floor
      New York, NY 10022
      (212) 832-3696

[RECEIVED OCT 12 2007 TIMOTHY C. IDONI COUNTY CLERK COUNTY OF WESTCHESTER]

1

# DECISION AND ORDER

To commence the statutory
period of appeals as of right
(CPLR 5513[a]), you are advised
to serve a copy of this Order,
with notice of entry, upon all
parties.

FILED
SEP 26 2007
TIMOTHY C. IDONI
COUNTY CLERK
COUNTY OF WESTCHESTER

SUPREME COURT OF THE STATE OF NEW YORK
IAS PART, WESTCHESTER COUNTY

Present: HON. MARY H. SMITH
         Supreme Court Justice

-------------------------------------------X
PETER GRAF, NANCY KUNAK and FAMILY OFFICE
GROUP, LLC,
                                              MOTION DATE: 9/21/07
                                              INDEX NO.: 23329/06
                        Plaintiff,

        -against-

PAOLA B. COLON,

                        Defendant.
-------------------------------------------X

The following papers numbered 1 to 4 were read on this motion by plaintiff for an Order pursuant to CPLR 3211, subdivision (a), paragraph 1 and 7, dismissing the counterclaim.

                                              **Papers Numbered**

Notice of Motion - Affirmation (Rosenthal) - Exhs. (A-F) -
   Memorandum of Law ...................................................1 - 4

Upon the foregoing papers, it is Ordered and adjudged that this motion by plaintiff for an Order dismissing the counterclaim is granted. No opposition. This Court agrees that defendant not only has failed to state a viable cause of action under the Federal

-1-

Medical Leave Act, but that the documentary evidence supports the finding that no such claim exists. Moreover, to the extent that defendant additionally has attempted to assert in her counterclaim violations of some "other" unspecified statutory rights, such is found insufficient to support any cause of action, failing as it does to afford plaintiffs adequate notice of defendant's claim. See CPLR 3013.

The parties shall appear, as previously scheduled, at 9:30 a.m., on January 31, 2008, for a trial readiness conference. This date shall not be adjourned without the Court's consent. Any party's failure to appear may result in the imposition of costs and/or sanctions.

Dated: September 26, 2007
White Plains, New York

_____
MARY H. SMITH
J.S.C.

Roy A. McKenzie, Esq.
Atty. For Deft.
641 Lexington Avenue, 20th fl.
New York, New York   10022

Harrington, Ocko & Monk, LLP
Attys. For Pltf.
81 Main Street, Suite 215
White Plains, New York 10601

-2-

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
---------------------------------------------------------------x  Index No.: 23329/06
PETER GRAF and NANCY KUNAK,

                                      **AFFIDAVIT OF SERVICE**

                    Plaintiffs,

       - against -

PAOLA B. COLON,

                    Defendant.
---------------------------------------------------------------x

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF WESTCHESTER  )

      Susan Glenn, being duly sworn, deposes and says: I am not a party to this action, over 18 years of age, and reside in Dutchess County, New York.

      On October 12, 2007, deponent served the within Order with Notice of Entry upon:

                    Roy A. McKenzie, Esq.
              641 Lexington Avenue, 20th Floor
                    New York, NY 10022

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the care and custody of the United States Postal Service within the State of New York.

                                                              *Susan Glenn*
                                                              Susan Glenn

Sworn to before me this
12th day of October, 2007.

*Shirley B. Thornton*
SHIRLEY B. THORNTON
Notary Public, State of New York
No. 01TH6029394
Qualified in Westchester County
Commission Expires August 16, 2009