UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAOLA B. COLON,<br><br>            Plaintiff,<br><br>-against-<br><br>GRAF REPETTI & CO., LLP and<br>FAMILY OFFICE GROUP, LLC,<br><br>            Defendants. | **Civil Action**<br>**No.: 07-9572**<br><br>**CERTIFICATION OF**<br>**MAILING**<br><br>Hon. Robert. P. Patterson, Jr.<br><br>Return Date: January 17, 2008 |

I, Glennis M. Syder, certify as follows:

1.    I am a secretary employed by the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Defendants Graf Repetti & Co., LLP and Family Office Group, LLC.

2.    I made service of the within Notice of Motion to Dismiss, Declaration of Susan K. Slim and the accompanying Memorandum of Law upon the following:

> Roy A. McKenzie, Esq.
> *Attorneys for Plaintiff*
> 641 Lexington Avenue, 20th Floor
> New York, NY 10022
> (212) 832-3696
> Fax: (212) 371-6632
> Email: ramck@mindspring.com
> **VIA FEDERAL EXPRESS**

3.    I certify that the original of the within pleadings were sent electronically to the Clerk of the United States District Court, Southern District of New York, on this same date.

3072630.1

Dated:  New York, New York
        December 17, 2007

By: /s/ Glennis M. Syder
    Glennis M. Syder

Sworn to Before Me This
17th day of December, 2007

/s/ Susan K. Slim
Notary Public

SUSAN K. SLIM
NOTARY PUBLIC, State of New York
No. 02SL6144338
Qualified in New York County
Commission Expires April 24, 2010

2

3072630.1