USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Case No. 07-Civ-9572 (RPP)

PAOLA B. COLON,

                Plaintiff,

   - against -

GRAF REPETTI & CO., LLP and FAMILY OFFICE
GROUP, LLP,

                Defendants.
-----------------------------------------------------------x

**CONSENT TO CHANGE ATTORNEY**

**MEMO ENDORSED**

IT IS HEREBY CONSENTED THAT the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 150 East 42nd Street, New York, NY 10017, (212) 490-3000(phone), (212) 490-3038(fax) be substituted as counsel of record for Defendants, GRAF REPETTI & CO. ("GRC"), LLP and FAMILY OFFICE GROUP, LLP (together with GRC, "Defendants"), in the above entitled action in place and instead of Harrington, Ocko & Monk, LLP, 81 Main Street, Suite 215, White Plains, NY 10601, (914) 686-4800(phone), (914) 686-4824(fax).

This substitution of counsel is at the behest of Defendants as the location of new counsel's offices is in closer proximity to the offices of Defendants, and Defendants' insurance carrier has indicated a preference for new counsel. Defendants have not filed an answer or otherwise moved with regard to Plaintiff's Complaint, and there has been no conference with the court, nor any conference scheduled.

Dated: December 14, 2007

Harrington, Ocko & Monk, LLP
By:  Kevin J. Harrington (KH-5027)
      John T.A. Rosenthal (JR-4819)

_____
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
By:   David Sheiffer (DS-4198)
      Susan Slim (SS-3785)

_____
Graf Repetti & Co., LLP and
Family Office Group, LLP
By:   Peter Graf


State of New York; County of New York) ss.:

On December /4, 2007, before me, the undersigned, appeared Peter Graf personally known to me, who being by me duly sworn, did depose and say, that he is the Managing Partner of Graf Repetti & Co, LLP and Chief Executive Officer of Family Office Group, LLP, the business organizations described herein and that he has executed his consent on behalf of said business organizations by signing his name hereto.

_____
Notary Public

December 17, 2007

SO ORDERED:

_____
HON. ROBERT P. PATTERSON
United States District Judge

LORRAINE PASTOR
Notary Public, State of New York
No: 01PA4818273
Qualified in Queens County
Commission Expires March 30, 20__