AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Case Number: 1:07-cv-09572-RPP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**Family Office Group, LLC**

I certify that I am admitted to practice in this court.

December 18, 2007
Date

*[Signature]*
Signature

David S. Sheiffer    ds4198
Print Name    Bar Number

150 East 42nd Street, 20th Floor
Address

New York    NY    10017
City    State    Zip Code

(212) 490-3000    (212) 490-3038
Phone Number    Fax Number