AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 1:07-cv-09572-RPP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Family Office Group, LLC

I certify that I am admitted to practice in this court.

December 18, 2007
Date

Signature

Susan K. Slim                                              ss3785
Print Name                                            Bar Number

150 East 42nd Street, 20th Floor
Address

New York              NY              10017
City                  State           Zip Code

(212) 490-3000              (212) 490-3038
Phone Number                Fax Number