**F.L.S.**
Affidavit of Service

UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT
PAOLA B. COLON

                                           Plaintiff(s) ~~Petitioner(s)~~

against

GRAF REPETTI & CO.,LLP.
FAMILY OFFICE GROUP,LLC.

                                  Defendant(s) ~~Respondent(s)~~         index No 07CV9572 ( RPP)

Queens County, New York State: Rene Castellano being sworn,
says:Deponent is not a party herein. Is over 18 years of age and resides at Queens County
On October 30,2007 at 12:45 P.M. at;
1114 AVENUE OF THE AMERICAS,17TH FLOOR
NEW YORK,NEW YORK 10036
deponent served the within

☑ summons & complaint      ☐ additional mailing

on GRAF REPETTI & CO.,LLP.

~~[respondent]~~ [defendant] herein after called the recipient therein named
☑ OTHER: by delivering a true copy of each to said party by leaving thereat personally with LORRAINE PASTOR
who is duly authorized to accept thereof. Deponent knew the party so served to be described as said party therein.
☐ SUITABLE AGE PERSON:by delivering thereat a true copy of each to
a person of suitable age and discretion. Said premises is recipient's actual place of business within the state.
☐ AFFIXING TO DOOR, ETC.:by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual
place of business ☐ dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find
recipient or a person of suitable age and discretion, thereat having called there:

☑ MAILING USE WITH:Deponent caused a copy of same to be enclosed in a postpaid sealed
wrapper properly addressed to recipient at recipient's actual place of business at:
1114 AVENUE OF THE AMERICAS,17TH FLOOR
NEW YORK,NEW YORK 10036
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S.
Postal Service with New York State. By first class mail. in an envelope marked personal & confidential.
☑ Description:

| Sex | Color | Hair | | Approximate | Height | Weight |
|---|---|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | Age | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 14-20 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☑ Blond Hair | ☐ Mustache | ☐ 21-35 Yrs. | ☑ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 36-50 Yrs. | ☐ 5'9"-6'0" | ☑ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☑ 51-65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |
| | | | | ☐ Over 65 Yrs. | | |

☐ Military Service: I asked the person spoken to                                            whether defendant was
in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore
ordinary civilian civilian clothes and no military uniform. The source of my information and the grounds of my belief are the
conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statues.

Sworn to before me on
11-1-07

                                                                               Rene Castellano
                                                                               Lic No. 1146067

EDWIN FUENTES
NOTARY PUBLIC State of New York
No. 41-4780352
Qualified in Queens County
Commission Expires March 30, 2010

Fleet Legal Service 42-08 79th St., Elmhurst, N.Y. 11373 (718-639-1315)

# F.L.S.
Affidavit of Service

UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT
PAOLA B. COLON

Plaintiff(s) ~~Petitioner(s)~~

against

GRAF REPETTI & CO.,LLP.
FAMILY OFFICE GROUP,LLC.

Defendant(s) ~~Respondent(s)~~    index No 07CV9572 ( RPP)

Queens County, New York State: Rene Castellano being sworn,
says:Deponent is not a party herein. Is over 18 years of age and resides at Queens County
On October 30,2007 at 12:45 P.M. at;
1114 AVENUE OF THE AMERICAS,17TH FLOOR
NEW YORK,NEW YORK 10036
deponent served the within

☑ summons & complaint     ☐ additional mailing

on FAMILY OFFICE GROUP,LLC.

~~[respondent]~~ [defendant] herein after called the recipient therein named
☑ OTHER: by delivering a true copy of each to said party by leaving thereat personally with LORRAINE PASTOR
who is duly authorized to accept thereof. Deponent knew the party so served to be described as said party therein.
☐ SUITABLE AGE PERSON:by delivering thereat a true copy of each  to
a person of suitable age and discretion. Said premises is recipient's actual place of business within the state.
☐ AFFIXING TO DOOR, ETC.:by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual
place of business ☐ dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find
recipient or a person of suitable age and discretion, thereat having called there:

☑ MAILING USE WITH:Deponent caused a copy of same to be enclosed in a postpaid sealed
wrapper properly addressed to recipient at recipient's  actual place of business at:
1114 AVENUE OF THE AMERICAS,17TH FLOOR
NEW YORK,NEW YORK 10036
 and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U.S.
Postal Service with New York State. By first class mail. in an envelope marked personal & confidential.
☑ Description:

| Sex | Color | Hair | | Approximate | Height | Weight |
|---|---|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | Age | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 14-20 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☑ Blond Hair | ☐ Mustache | ☐ 21-35 Yrs. | ☑ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 36-50 Yrs. | ☐ 5'9"-6'0" | ☑ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☑ 51-65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |
| | | | | ☐ Over 65 Yrs. | | |

☐ Military Service: I asked the person spoken to     whether defendant was
  in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore
     ordinary civilian  civilian clothes and no military uniform. The  source of my information and the grounds of my belief are the
            conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of
          New York State or of the United States as that  term is defined in either the State or in the Federal statues.

Sworn to before me on
11-1-07

EDWIN FUENTES
NOTARY PUBLIC State of New York
No. 41-4780352
Qualified in Queens County
Commission Expires March 30, 2010

Rene Castellano
Lic No. 1146067

Fleet Legal Service 42-08 79th St., Elmhurst, N.Y. 11373 (718-639-1315)