



ROY A. MCKENZIE
Attorney at Law
641 Lexington Avenue, 20th floor
New York, New York 10022
(212) 832-3696
(212) 371-6632-fax

January 14, 2008

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

*by fax:*     805-7917

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

re:   Colon v. Graf Repetti, Civ. No. 07-9572 (RPP)
      Request for an extension of time

Dear Judge Patterson:

I represent the plaintiff, Paola Colon. The parties are engaged in settlement discussions, and we hereby respectfully request an extension of time to respond to the defendants' motion to dismiss.

1.   The original return date of the motion is January 17, 2008.
2.   This is the first request for an extension of time.
3.   Our adversary has consented to this application.

We propose that the plaintiff's opposition papers to be filed on or before February 14, 2008; the defendants' reply on or before February 28, 2008, and the return date be adjourned to February 29, 2008.

Very truly yours,

Roy A. McKenzie

cc.:   Susan K. Slim
       *by fax:* 490-3038

*Application granted*
*So ordered*
*Robert P. Patterson*
*USDJ*
*1/14/08*