```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 2/14/08     │
└─────────────────────────┘
```

**ROY A. MCKENZIE**
Attorney at Law
641 Lexington Avenue, 20th floor
New York, New York 10022
(212) 832-3696
(212) 371-6632-fax


RECEIVED
FEB 13 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

February 13, 2008

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

**by fax:**     **805-7917**

re:   <u>Colon v. Graf Repetti</u>, Civ. No. 07-9572 (RPP)
      <u>Request for an extension of time</u>

Dear Judge Patterson:

I represent the plaintiff, Paola Colon. The parties engaged in settlement talks, which were unsuccessful. We hereby respectfully request an additional extension of time to respond to the defendants' motion to dismiss.

1. The original return date of the motion is January 17, 2008.
2. This is the second request for an extension of time.
3. Our adversary has consented to this application.

We propose that the plaintiff's opposition papers to be filed on or before February 22, 2008; the defendants' reply on or before March 7, 2008, and the return date be adjourned to March 7, 2008.

Very truly yours,

Roy A. McKenzie

cc.:  Susan K. Slim
      **by fax: 490-3038**

*Application granted.*
*So ordered.*
*[signature] Robt. P. Patterson*
*USDJ*
*2/13/08*