# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000  Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**MEMO ENDORSED**

March 6, 2008

RECEIVED MAR - 6 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

VIA FACSIMILE—212.805.7917

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

Re: *Colon v. Graf Repetti & Co., LLP, et al.*
Civ. No. 07-9572 (RPP)

Dear Judge Patterson:

As you know, this firm represents defendants, Graf Repetti & Co., LLP, and Family Office Group, LLC (collectively, "defendants"), in the above-referenced matter. We write to request the Court's permission to submit a reply memoranda of law in excess of 10 pages to further support defendants' pre-answer motion to dismiss and in opposition to plaintiff's demand for summary judgment on four of the five elements of her FMLA cause of action.

Please note that this request is being made due to the afore-referenced request for summary disposition, which plaintiff first sought in her opposition papers, filed on February 22, 2008. As defendants did not have an opportunity to set forth its legal argument with respect to these newly raised issues when filing the original moving papers, we respectfully request that the Court approve this application.

We appreciate the Court's attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Susan K. Slim

[Handwritten endorsement: Application granted in part. The reply is limited to 15 pages. So ordered. Robert P. Patterson, USDJ 3/6/08]

3143875.1

Judge Robert P. Patterson, Jr.
March 6, 2008
Page 2

cc:     (via fax)

Roy A. McKenzie, Esq.
641 Lexington Avenue, 20th Floor
New York, NY 10022
(212) 832-3696
Fax: (212) 371-6632
Email: ramck@mindspring.com