Exhibit "1"

## Carl Gueli

**From:** Paola Colon
**Sent:** Tuesday, November 01, 2005 3:34 PM
**To:** Carl Gueli; Jackson, Sandra Denise; Maria Jackson
**Subject:** The new men's room at the Sofitel in Queenstown NZ
**Attachments:** SofitelLoo2.jpg



## Carl Gueli

**From:** Paola Colon
**Sent:** Wednesday, November 02, 2005 12:26 PM
**To:** 'marc.colon@comcast.net'; 'mwilson@iconembroidery.com'; Carl Gueli; Aaron M. Shahan; hector@topnotchcouriers.com
**Subject:** Pharmacology

**PHARMACOLOGY UPDATE**

In pharmacology, all drugs have two names - a trade name and a generic name. For example, the trade name Tylenol is acetaminophen. Aleve is known as naproxen, Amoxil is amoxicillin, and Advil is ibuprophen.

The FDA has been looking for a generic name for Viagra. After consideration by a team of experts, it recently announced it has settled on the generic name of mycoxafloppin. Also considered were mycoxafailin, mydixadrupin, mydixarizin, mydixadud, dixafix, and of course ibepokin.

Pfizer Corp. is making an announcement today that Viagra will soon be available in liquid form and will be marketed by Pepsi Cola as a power beverage suitable for use as a mixer. Pepsi's proposed ad campaign claims it will now be possible for a man to literally pour himself a stiff one.

Obviously, we can no longer call this a soft drink. This additive gives new meaning to the names of cocktails and highballs. Pepsi will market the new formula by the name, Mount & Do. The long term implications of drugs and medical procedures must be fully considered. Over the past five years, Americans have spent more money on breast implants and Viagra than was spent on Alzheimer's research. It is believed that by the year 2030, there will be a large number of people wandering around with perky breasts and erections who can't remember what to do with them.

## Carl Gueli

**From:** Paola Colon
**Sent:** Wednesday, November 30, 2005 1:20 PM
**To:** 'marc.colon@comcast.net'; Carl Gueli; 'Maria Jackson'; 'Jackson, Sandra Denise'
**Subject:** 20 yrs

>Sex in the Dark
> > >
There was this couple that had been married
for 20 years. Every time they made love the husband always insisted on shutting off the light.
> > >
Well, after 20 years the wife felt this was
ridiculous. She figured she would break him out of this crazy habit.
> > >
So one night, while they were in the middle
of a wild, screaming, romantic session, she turned on the lights.
She looked down. and saw her husband was holding a battery-operated leisure device... a vibrator!

Soft, wonderful and larger than a real one.

She went completely ballistic. "You impotent
bastard," She screamed at
him, "how could you be lying to me all of
these years? You better explain yourself!"

The husband looks her straight in the eyes
and says calmly:

"I'll explain the toy . . . you explain the kids."

## Carl Gueli

| | |
|---|---|
| **From:** | Paola Colon |
| **Sent:** | Tuesday, January 03, 2006 2:31 PM |
| **To:** | 'Michael Bedney'; Carl Gueli; 'Iris Silverio'; wandi1104@aol.com; JacksonS2@cintas.com; Maria Jackson; 'mbaldizon@viatuscany.com'; marc.colon@comcast.net |
| **Subject:** | Good advice |

An 18 year old girl tells her Mom that she has missed her period for 2 months. Very worried, the mother goes to the drugstore and buys a pregnancy kit. The test result shows that the girl is pregnant.
Shouting, cursing, crying, the mother says "who was the pig that did this to you? I want to know!"

> > The girl picks up the phone and makes a call. Half an hour later a
> Ferrari stops in front of their house, a mature and distinguished man
> with
> > gray hair and impeccably dressed in an Armani suit steps out of the
> > Ferrari and enters the house. He sits in the living room with the
> > father, mother and the girl, and tells them:
> >
> > "Good morning, your daughter has informed me of the problem. I
> > can't marry her because of my personal family situation but I'll take charge.
> > I will pay all costs and provide for your daughter for the rest of
> > her life.
> >
> > Additionally, if a girl is born I will bequeath her 2 retail stores,
> > a townhouse, a beach front villa and a $2,000,000 bank account. If a
> > boy is born, my legacy will be a couple of factories and a
> > $4,000,000 bank
> account.
> > If twins, they will receive a factory and $2,000,000 each.
> >
> > However, if there is a miscarriage, what do you suggest I do?"
> >
> > At this point, the father, who had remained silent, places a hand
> > firmly on the man's shoulder and tells him, "You fuck her again."

1

## Carl Gueli

**From:** Paola Colon
**Sent:** Wednesday, January 04, 2006 4:31 PM
**To:** 'Michael Bedney'; Carl Gueli
**Subject:** IRS Audit

Ralph arrived at his Internal Revenue Service audit accompanied by another man. The IRS guy assumed the other man was Ralph's attorney.

Going over his records, the IRS official said, "Well, sir, it appears that you live at a much higher level than your reported employment income. How do you explain that?"

Ralph replied, "I love to gamble and I usually win."

The skeptical official gave him a disbelieving look.

"I can prove it," said Ralph. "How about a demonstration?"

The official thought a moment and said, "Okay. Go ahead."

Ralph said, "I'll bet you a thousand dollars that I can bite my own eye."

The auditor thought a moment and said, "No way! It's a bet!"

Ralph removed his glass eye and bit it.

The official's jaw dropped. Ralph said, "Now, I'll bet you two thousand dollars that I can bite my other eye."

The official could tell Ralph wasn't blind, so he took the bet.

Ralph then removed his dentures and bit his good eye.

The stunned official was now three grand in the hole!

"Want to go double or nothing?" Ralph asked. "I'll bet you six thousand dollars that I can stand on your desk and piss into that wastebasket by the door over there and never get a drop anywhere in between."

The auditor, twice burned, was cautious now, but there's no way this guy could manage that stunt, so he agreed again!

Ralph climbed up on the auditor's desk, missed the wastebasket completely, and pretty much peed all over the desk.

The official grinned. He had just turned a huge loss into a huge win! But then he noticed that Ralph's friend looked ashamed and was visibly shaking. "Are you okay?" he asked.

The man replied, "Not really. Before we arrived, Ralph bet me twenty thousand dollars he'd piss on your desk and you'd be happy about it!"

## Carl Gueli

**From:** Paola Colon
**Sent:** Friday, January 27, 2006 10:43 AM
**To:** Carl Gueli
**Subject:** Crocodile Hunter

Steve Irwin walks into a bar with his pet crocodile by his side. He puts the croc up on the bar. He then turns to the astonished patrons and says: "I'll make you a deal. I'll open this croc's mouth and place my genitalia inside. Then the croc will close his mouth for one minute. Then he'll open his mouth and I'll remove my genitalia unscathed. In return for witnessing this spectacle, each of you will buy me a drink." The crowd murmured in unanimous approval.

Steve stood up on the bar, dropped his trousers, and placed his privates in the crocodile's open mouth. The croc closed his mouth as the crowd gasped. After a minute, Irwin grabbed a beer bottle and smacked the croc hard on the top of its head. The croc opened his mouth and he removed his genitals, unscathed as promised. The crowd cheered and the first of his free drinks were delivered.

Steve stood up again and made another offer. I'll pay anyone $100 who's willing to give it a try." A hush fell over the crowd. After a while, a hand went up in the back of the bar.

A blonde woman timidly spoke up... I'll try it! Just don't hit me too hard with the beer bottle.

## Carl Gueli

**From:** Paola Colon
**Sent:** Friday, February 03, 2006 3:04 PM
**To:** Carl Gueli; 'Michael Bedney'; marc.colon@comcast.net
**Subject:** Cowboys In Texas Are Not HAPPY !!!





