**Carl Gueli**

**From:** Paola Colon
**Sent:** Monday, February 06, 2006 12:13 PM
**To:** marc.colon@comcast.net; Carl Gueli; hector@topnotchcouriers.com
**Subject:** look what my mother sent me!























**Carl Gueli**

| | |
|---|---|
| **From:** | Paola Colon |
| **Sent:** | Wednesday, February 08, 2006 5:06 PM |
| **To:** | mwilson@iconembroidery.com; Carl Gueli; 'Michael Bedney'; hector@topnotchcouriers.com |
| **Subject:** | The Parrot! |

- - -

A woman went to a pet shop & immediately

spotted a large, beautiful parrot..

There was a sign on the cage that said $50.00.

"Why so little," she asked the pet store owner.

The owner looked at her and said,

"Look, I should tell you first that this bird used to live in a house of Prostitution

and sometimes it says some pretty vulgar stuff."

The woman thought about this, but decided

she had to have the bird any way.

She took it home and hung the bird's cage up

in her living room and waited for it to say something.

The bird looked around the room, then at her, and said,

"New house, new madam."
The woman was a bit shocked at the implication,

but then thought "that's really not so bad."

When her 2 teenage daughters returned from school

the bird saw and said,

"New house, new madam, new girls."

The girls and the woman were a bit offended

but then began to laugh about the situation

considering how and where the parrot had been raised.

Moments later, the woman's husband Keith

came home from work.

The bird looked at him and said,

"Hi, Keith!"

## Carl Gueli

**From:**    Paola Colon

**Sent:**    Thursday, February 16, 2006 3:15 PM

**To:**    Carl Gueli; mwilson@iconembroidery.com

**Subject:** Potatoes



**POTATO PROSTITUTES**

# Two little potatoes are standing on the street corner. One is a prostitute.

# How can you tell which one is the prostitute?

# Hold on......

# You're gonna love it...

# It's the one with the little sticker that says...

# I - DA - HO



**Carl Gueli**

| | |
|---|---|
| **From:** | Paola Colon |
| **Sent:** | Friday, February 17, 2006 4:43 PM |
| **To:** | Carl Gueli; mwilson@iconembroidery.com; 'marc.colon@comcast.net' |
| **Subject:** | Don't swallow the beach water! |

**Attachments:** whale-wg[1].jpg

WaleedGroup

**A blue whale produces over 400 gallons of sperm when it ejaculates;**
* **but only 10% of that actually makes it into his mate.**
* **So 360 gallons are spilled into the ocean every time one unloads.**

**You wonder why the ocean is so salty….**
**Don't swallow the water!!!**

