# Exhibit "B"

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 020 |
|----|------|------|-------|-----------|-----|
| VV1 | 100005 | | | 0000460001 | 1 |

## Earnings Statement

**ADP**

FAMILY OFFICE GROUP LLC
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 100336

Period Ending: 11/15/2006
Pay Date: 11/15/2006

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal 1
 NY 1

PAOLA M BALDIZON
1114 AVE.OF THE AMER
17TH FLOOR
RAHWAY, NY 10036

Social Security Number: XXX-XX-1642

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reular | 24.3590 | 61.25 | 1,491.99 | 39,261.66 |
| 1-1/2 O/T | | | | 666.81 |
| **Gross Pay** | | | **$1,491.99** | 40,427.84 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -142.51 | 4,563.08 |
| | Social Security Tax | -88.01 | 2,412.13 |
| | Medicare Tax | -20.59 | 564.13 |
| | NY State Income Tax | -49.75 | 1,547.30 |
| | NY SUI/SDI Tax | -1.30 | 28.30 |
| | **Other** | | |
| | Adp 401K$ | -119.36* | 3,177.18 |
| | Checking 1 | -785.47 | |
| | Checking 2 | -100.00 | |
| | Health | -20.00* | 420.00 |
| | Posttax Transit | -37.50 | 37.50 |
| | Savings | -75.00 | |
| | Transit Check | -52.50* | 1,102.50 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K | | 3,177.18 |
| Bank Balance | | 0.00 |
| Float Balance | | 26.25 |
| Sick Balance | | 48.75 |
| Vacation Balnce | | 95.73 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,300.13

---

FAMILY OFFICE GROUP LLC
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 100336

Advice number: 00000460001
Pay date: 11/15/2006

Deposited to the account of
PAOLA M BALDIZON

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 15130289 | 0312 0136 | $75.00 |
| 7850758876 | 0312 0136 | $785.47 |
| 0015185187 | 2631 7995 | $100.00 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

CHASE MANHATTAN BANK
SYRACUSE, NY

000005