


**ROY A. MCKENZIE**
Attorney at Law
641 Lexington Avenue, 27th floor
New York, New York 10022
(212) 832-3696
(212) 371-6632-fax

April 11, 2008

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**by fax:**  **805-7917**

07cv9572(RPP)

re: <u>Colon v. Graf Repetti</u>, Civ. No. 007-9572 (RPP)

Dear Judge Patterson:

The parties today reached a tentative settlement of all claims in this action. We respectfully request that all matters in this action be adjourned for 30 days pending the filing of a stipulation dismissing the action.

Very truly yours,

Roy A. McKenzie

cc.: Susan K. Slim
*by fax:* **490-3038**

*Application granted. The settlement or a stipulation of dismissal with prejudice must be filed by May 11, 2008. So ordered.*

Robert P. Patterson, USDJ
4/11/08