UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

PAOLA B. COLON,

    Plaintiff,

-against-

GRAF REPETTI & CO., LLP and
FAMILY OFFICE GROUP, LLC,

    Defendants.

Civil Action No.: 07-9572

STIPULATION OF
DISCONTINUANCE WITH PREJUDICE

Hon. Robert P. Patterson, Jr.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel of record for Plaintiff, PAOLA B. COLON, and Defendants, GRAF REPETTI & CO., LLP and FAMILY OFFICE GROUP, LLC, in the above-entitled action, that, whereas no party hereto is an infant or incompetent for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action be, and the same is hereby discontinued, with prejudice, with each party to bear its own costs and attorneys' fees. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
May 1, 2008

By: _____
Roy A. McKenzie, Esq. (RAM 6670)
Attorneys for Plaintiff
PAOLA COLON
641 Lexington Avenue, 20th Floor
New York, New York 10022

Dated: New York, New York
May 7, 2008

By: _____
David S. Sheiffer (DS 4198)
Attorneys for Defendants
GRAF REPETTI & CO., LLP and
FAMILY OFFICE GROUP, LLC
150 East 42nd Street
New York, New York 10017-5639
File No.: 09348.00059

So Ordered: _May 12, 2008_ _____
Hon. Robert P. Patterson, Jr., USDJ

3231637.1